[Civ. No. 719. Third Appellate District.—April 1, 1910.]

FRANK CHIAFULLO, by His Guardian ad Litem, AN-
TONIO CHIAFULLO, Respondent, v. MOSES
SCHWAB, Appellant.

APPEAL—DISMISSAL—FAILURE TO FILE TRANSCRIPT—NONAPPEARANCE OF
APPELLANT—PRESUMPTION—VEXATIOUS APPEAL FOR DELAY—DAM-
AGES.—Upon a motion to dismiss an appeal for failure to file the
transcript within the time limited, and for damages for a vexatious
appeal for delay, where, after the service of the appellant with no-
tice of the motion, the appellant fails to respond, and no excuse
appears for the delay, it must be assumed that the purpose of the
appeal was as stated in the motion of respondent, and the appeal
will be dismissed, with damages assessed against the appellant.

MOTION to dismiss an appeal from a judgment of the
Superior Court of Yuba County. Eugene P. McDaniel,
Judge.

The facts are stated in the opinion of the court.

Brittan & Raish, for Appellant.

W. H. Carlin, for Respondent.

BURNETT, J.—This is a motion to dismiss the appeal on
the ground "that more than forty days have elapsed since the
taking of said appeal and no transcript on appeal has been
prepared, served or filed," and respondent also asks the
court to assess damages for the "taking of a vexatious appeal
for delay." The notice of appeal was given and filed on
January 13, 1910, and an undertaking was filed on the same
day. Nothing further seems to have been done in the prose-
cution of the appeal and no excuse is offered for the delay.
The notice of the motion to dismiss was given on March 6th
and appellant did not appear at the hearing. Under the cir-
cumstances we must assume that the purpose of appellant
in taking the appeal was as stated by respondent.

The appeal is therefore dismissed, with damages against
appellant assessed at $30.

Chipman, P. J., and Hart, J., concurred.